IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

CLARENCE R. SANKS,            *

    Plaintiff              *

vs.                           *
                              CASE NO. 4:10-CV-08 (CDL)
Deputy JERRY GAINES, et al., *

    Defendants             *

ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation of the United States Magistrate Judge entered on March 9, 2011 and a Supplemental Report and Recommendation entered on April 26, 2011. Neither party has filed an objection to these Recommendations as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendations for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendations of the Magistrate Judge and makes them the Order of this Court.

    IT IS SO ORDERED, this 10th day of June, 2011.

                                              s/Clay D. Land
                                              CLAY D. LAND
                                              UNITED STATES DISTRICT JUDGE